# EXHIBIT B

*PLAINTIFF'S CLASS-ACTION COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF*

*MARTIN*
*V.*
*FBI AND CHRISTOPHER WRAY, IN HIS OFFICIAL CAPACITY*

**CASE NO. 1:23-cv-00618**



**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No. USPV Box #1810

Suite 1700, FOB
11000 Wilshire Boulevard
Los Angeles, CA 90024-3672

**CERTIFIED MAIL
RETURN RECEIPT**

July 6, 2022

Ms. Linda Martin
436 East 129th Street
Los Angeles, California 90061

RE: Seizure of $40,200.00 United States currency,
Seizure Number 3410-21-F-452, Asset Number 21-FBI-003186

Dear Ms. Martin:

Reference the petition for remission or mitigation filed by you on June 18, 2021, with the Federal Bureau of Investigation (FBI) Los Angeles Field Office for the above referenced property.

In order that the FBI may conduct an investigation into the merits of your petition, you must provide documentation in support of the significant amount of cash you are requesting a pardon for that was recovered from U.S. Private Vaults safe deposit box #1810. Examples of supporting documentation might include evidence of legitimate employment, pay stubs, W-2 forms, tax returns, etc. Failure to provide the requested information, and any documentation needed to support it, may preclude a determination of your eligibility.

To ensure consideration, your supporting documentation should be directed to the Federal Bureau of Investigation, 11000 Wilshire Boulevard, Suite 1700, Los Angeles, California 90024, Attention: Paralegal Specialist Steven Olson, Squad IS-8. It is further requested that you provide your supporting documentation to the FBI within 30 day of the date of the receipt of this letter.

Additional questions regarding this matter should be directed to the Federal Bureau of Investigation, Los Angeles Field Office, Paralegal Specialist Steven Olson at telephone number 310-996-3581, or via email at solson@fbi.gov.

Sincerely yours,

KRISTI K. JOHNSON
Assistant Director in Charge

*[signature]*

By: JESSIE T. MURRAY
Supervisory Special Agent