# EXHIBIT C

*PLAINTIFF'S CLASS-ACTION COMPLAINT FOR*
*DECLARATORY AND INJUNCTIVE RELIEF*

*MARTIN*
*V.*
*FBI AND CHRISTOPHER WRAY, IN HIS OFFICIAL CAPACITY*

**CASE NO. 1:23-cv-00618**

From: Jessie Murray <jtmurray2@fbi.gov>
Date: Thu, Jan 12, 2023 at 12:00 PM
Subject: US Private Vaults Box #1810
To: kennethbrooks.whbllp@gmail.com <kennethbrooks.whbllp@gmail.com>
Cc: Steven Olson <solson@fbi.gov>

Dear Mr. Brooks,

The case is still open.  Seizure Number: 3410-21-F-452 and Asset (CATS ID) Number: 21-FBI-003186 are still related to US Private Vaults Box #1810, $40,200.  There are currently no forms to be issued that would cause release of the funds to your client.  A petition has been filed in the matter.  All documents provided by your client have been included in the petition matter.  A note will be added to the file regarding your representation of Linda Martin.  Once the property has been forfeited, the FBI Legal Forfeiture Unit in Washington, DC will make a determination as to pending petitions.  The matter is still pending forfeiture.

Sincerely,

Supervisory Special Agent Jessie T. Murray

FBI Los Angeles

Asset Forfeiture

Desk: (714) 939-3297

Email: jtmurray2@fbi.gov