IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:23-cv-00618-APM |
| ) | |
| FEDERAL BUREAU OF ) | |
| INVESTIGATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DECLARATION OF JESSIE T. MURRAY IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS**

1

## DECLARATION OF JESSIE T. MURRAY

I, Jessie T. Murray, Supervisory Special Agent, Los Angeles Field Office, Federal Bureau of Investigation (FBI) in Los Angeles, California, declare as follows:

1. I am currently employed as a Supervisory Special Agent in the Los Angeles Field Office of the FBI in Los Angeles, California, and in that capacity am familiar with forfeiture proceedings initiated by the Los Angeles Field Office, FBI, including the administrative forfeiture proceedings against the following property and efforts to release it:
    a. $40,200 in U.S. currency located in Box 1810, at U.S. Private Vaults, identified by FBI seizure number 3410-21-F-0452 ("the funds")
2. On March 22, 2021, the FBI executed a seizure warrant at U.S Private Vaults, located at 9182 W. Olympic Blvd., Beverly Hills, California, for the facilities of the business associated with the alleged criminal activity, including the nest of safe deposit boxes. This included approximately 1400 individual boxes.
3. Pursuant to an inventory search conducted on March 25, 2021, the FBI located $40,200 in currency in Box 1810. The box contained no indicia of ownership, and there were no other records that identified any person renting or otherwise affiliated with Box 1810.
4. To assist in identifying renters of safety deposit boxes at U.S. Private Vaults, the FBI directed U.S. Private Vault customers to a specifically designated website where they could email contact information to the FBI in order to initiate the process of reclaiming property. Boxes with identifying information were prioritized due to the high volume of box holders and the relative ease of matching property to those whose boxes included indicia of ownership.
    a. Linda Martin submitted her name and contact information to the website on or about March 25, 2021.
    b. In May 2021, the FBI contacted Linda Martin to determine the property and box in which she was asserting an interest. She identified Box 1810 as hers on May 25, 2021.
5. On May 27, 2021, a civil complaint was filed against the FBI in the Central District of California, *Snitko v. United States*, Case No. 2:21-cv-04405 (C.D. Cal.), challenging the search and seizure procedures applied to property seized from U.S. Private Vaults.
6. The FBI mailed personal written notice of the administrative forfeiture proceeding involving Box 1810 to Linda Martin on June 10, 2021.
7. The FBI received a petition for remission of the forfeiture for the funds in Box 1810 from Linda Martin on or about June 18, 2021.
8. Considering the ongoing litigation along with ongoing efforts by the FBI to identify box holders, confirm their interest, and return property where appropriate, the FBI has held the completion of all uncontested administrative forfeitures involving property seized from U.S. Private Vaults in abeyance, including related petitions. To date, no property seized from U.S. Private Vaults has been declared administratively forfeited.
9. Linda Martin submitted additional documents to support her petition for remission in January 2022 and November 2022.
10. On April 11, 2023, the FBI determined that it would discontinue forfeiture proceedings against the funds and release the funds pursuant to Title 28, Code of Federal Regulations,

    Section 8.7, if Linda Martin could produce the key to fit Box 1810 or otherwise establish rental or control of the box.
   a. The FBI contacted Martin's attorney on April 25, 2023, to advise of the decision and request a meeting to check Martin's key.
   b. The FBI contacted Martin's attorney again on May 2, 2023, to request a meeting to check the key to the box.
   c. On May 3, 2023, Martin's attorney arranged to meet at the FBI Los Angeles Field Office on May 18, 2023, to check the box key.
11. The FBI met with Linda Martin and her attorney on May 18, 2023, and confirmed that the key in Martin's possession did correspond to Box 1810. The FBI discontinued forfeiture proceedings against the funds from the box.
12. The release of funds from forfeiture proceedings requires the receiving party to complete and submit the Department of Justice Unified Financial Management System Vendor Request Form. The FBI provided the form to Linda Martin's attorney on May 30, 2023. Martin submitted the completed form on June 5, 2023. It is being processed by the Government. The funds will be electronically transferred to Martin, minus any delinquent debts to the government collected by the Treasury Offset Program.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
    Executed in Orange, California on June 8, 2023

*[signature: Jessie J. Murray]*
Supervisory Special Agent Jessie T. Murray